UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CPU Options, Inc.,

Plaintiff,

vs.

ASCii Technology, Inc.,

Defendant.

Court File No 00-01770JRT/FLN

**ORDER FOR DEFAULT JUDGMENT**

This matter came before the Court on the Motion of Plaintiff for Default Judgment. Appearances were made on behalf of Plaintiff by Steven W. Wilson, Esq. No appearance was entered by Defendant or any other interested party.

Based upon all the files, records, and proceedings herein, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. Default judgment shall be entered in favor of Plaintiff CPU Options, Inc. against Defendant ASCii Technology, Inc. in the amount of $271,347.50.

2. Judgment shall be entered forthwith.

Dated: October 11, 2000

The Honorable John R. Tunheim
United States District Court Judge

1217105.1

FILED OCT 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 12 2000
DEPUTY CLERK